# UNITED STATES DISTRICT COURT

for the

District of

Division

OCT 21 2021

Clerk, U.S. Courts
District of Montana
Helena Division

Rachell Rene Flores

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lewis Clark Sheriffs Office

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Lewis Clark County Sheriffs refused to protect me while Also Threating me over the phone many times.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Lewis Clark County Helena Montana I called the Sheriff for help all they never showed up to me my abuser talked them into Leaving without Knowing if I was even Alive since then I have had 3 main Events they Refused to protect me and threaten

B. What date and approximate time did the events giving rise to your claim(s) occur?

2019, 2020, 2012, 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

A man witnessed and called 911 because I was being choked by my abuser. The LCSO showed up and Refused to help me or charge my abuser. I have Recordings on my phone of LCSO officer Leaving theating voice mails to me on my phone while at work. LCS have failed to protect me. I called 911 and requested help they only spoke with my abuser and never ever seen if I was alive or spoke with me although I called 911. 1) man assulted me last year while he was drunk the LCSO Refused to charge him or protect me.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rachell
Address: 2047 N. Last Chance Gulch
Helena, MT 59601
County: Lewis Clark
Telephone Number: 406 437-1852
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Lewis & Clark County Sheriff's Office
Job or Title (if known):
Address: 406 Fuller Ave
Helena, MT 59601
Helena, MT 59601
County: Lewis Clark
Telephone Number: 406 447-8293
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:

City     State     Zip Code

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name _____
  Job or Title (if known) _____
  Address _____
  _____
                City         State       Zip Code
  County _____
  Telephone Number _____
  E-Mail Address (if known) _____
  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name _____
  Job or Title (if known) _____
  Address _____
  _____
                City         State       Zip Code
  County _____
  Telephone Number _____
  E-Mail Address (if known) _____
  [ ] Individual capacity    [ ] Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Due Process Clause, 14th Amendment.
  Equal Protection Clause, 14th Amendment.
  Cruel and Unusual Punishment, 8th Amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The first time I was calling 911 was when I needed help from a life threating event - they did not show up. I sustained $CO_2$ poisoning. The second time - they did not arrest my abuser when a witness called 911 for me. I was choked and my face was beaten unrecognizable. When they showed up I was in survival mode and they refused to help me or charge my abuser even when another witness called 911. I was bruised and sent photos of my injurys last year and they refused to protect me again. Last night they - the LCSO left a threatning message on my phone malishiously intimidation they are doing.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I have never seemed to gotten the protection of the LCSO and because of them my known abuser has been used them to malishiously intimidate me. The effects it has had on my life because they refuse to protect me has caused the last 10 year of suffering. The LCSO have enabled my known abuser and I seek $ 5 - compensation of $ 2. million dollars. This lack of protection has caused so much damages in my life and now my child life while my abuser has been eabled by a office sworn to protect me.