IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| RACHELL R. FLORES,<br><br>                Plaintiff,<br><br>vs.<br><br>LEWIS AND CLARK COUNTY SHERIFF'S OFFICE,<br><br>                Defendants. | No. CV 21-79-H-SEH<br><br>**ORDER** |

On November 2, 2021, the Court ordered Plaintiff to file an amended complaint on or before November 19, 2021.[1] None was filed as ordered or at all.

ORDERED:

1. This case is DISMISSED for failure to comply with the Court's Order of November 2, 2021.

DATED this 10th day of December, 2021.

                                                                  SAM E. HADDON<br>
                                                                  United States District Judge

---

[1] Doc. 5.